Bar Docket No. 4048

(586 P.2d 1074)

*In re:* GLENN J. SHANAHAN, voluntary surrender of his certificate to practice law in the State of Kansas.

(ORDER CANCELING CERTIFICATE FILED NOVEMBER 28, 1978.)

*Per Curiam:* On November 28, 1978, GLENN J. SHANAHAN voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE Glenn J. Shanahan's name from the roll of attorneys.